Jan PIJANOWSKI, M.D.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5114.

United States Court of Appeals,
Federal Circuit.

April 12, 2005.

Before SCHALL, LINN, and PROST,
Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

Larry E. BELTON, Jr., Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7108.

United States Court of Appeals,
Federal Circuit.

April 12, 2005.

Before SCHALL, LINN, and PROST,
Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.